IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHANE GALLAGHER,<br><br>    Defendant. | Case No.: CR 14– 00116 JSW (KAW)<br><br>**ORDER RE: RELEASING DEFENDANT SHANE GALLAGHER FROM CUSTODY IMMEDIATELY** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant SHANE GALLAGHER, who is being housed at Alameda County – Santa Rita Jail and whose date of birth is 05/10/1970 and PFN# is ULY595, be immediately released from the custody of the United States Marshal.

IT IS FURTHER ORDERED that Mr. Gallagher is to reside with his brother at 508 Rio Del, CA 95562, abide by the conditions of supervision that were previously imposed and follow the directions of his probation officer.

IT IS SO ORDERED.

October 30, 2024
    Dated

_Kandis Westmore_
HON. KANDIS A. WESTMORE
United States Magistrate Judge

RELEASE ORDER
*GALLAGHER*, CR 14–00116 JSW (KAW)